## HINES v. PIERCE

No. 128 PC.

Case below: 23 N.C. App. 324.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

## IN RE ASHLEY

No. 108 PC.

Case below: 23 N.C. App. 176.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

## JOHNSON v. BROOKS

No. 113 PC.

Case below: 23 N.C. App. 321.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

## JOHNSON v. JOHNSON

No. 140 PC.

Case below: 23 N.C. App. 449.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

## KIDD v. EARLY

No. 113.    .

Case below: 23 N.C. App. 129.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.